UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE ECHOLS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RANDOLPH BERTRAM RUSSELL, ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 2:15-CV-28-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 25, 2016, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is granted and plaintiff's cross-motion for summary judgment is denied. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 25, 2016, and Copies To:**

Jonathan E. Huddleston and Lloyd C. Smith, III (via CM/ECF Notice of Electronic Filing)
Jimmie Echols (via U.S. Mail) 12330 8th Street Ct., Afton, MN 55001

January 25, 2016              JULIE RICHARDS JOHNSTON, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk